UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-53 |
| MOSHE ALTMAN | : | <u>**CONTINUANCE ORDER BY CONSENT**</u> |

    This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing), and defendant MOSHE ALTMAN (by Jacob Laufer, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to consider a plea agreement, which would render trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 18th day of June, 2010,

IT IS ORDERED that the period from June 17, 2010, through August 15, 2010 all be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HONORABLE JOSE L. LINARES
United States District Judge

Accepted and Acknowledged:

UNITED STATES ATTORNEY
PAUL J. FISHMAN

BY: Bradley A. Harsch
Assistant U.S. Attorney

DEFENDANT MOSHE ALTMAN
(by his counsel)
Jacob Laufer, Esq.

2