UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-53 |
| MOSHE ALTMAN | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing), and defendant MOSHE ALTMAN (by Jacob Laufer, Esq., appearing) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the Court having established a date for trial in this matter of January 11, 2011; and the charges being the result of a lengthy investigation; and the defendant needing sufficient time to review discovery, which includes the fruits of multiple years of recorded conversations and numerous financial records, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant desiring additional time to consider a plea agreement in this case which would render trial unnecessary; and

the defendant having consented to such a continuance; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and 3161(h)(7)(A), and that the ends of justice are served by granting such an order; and for good cause shown;

It is on this 19th day of August, 2010,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and

IT IS FURTHER ORDERED that the time period from the date of this Order to January 11, 2011 (the date of trial) shall be excluded from computing time under the Speedy Trial Act of 1974.

HONORABLE JOSE L. LINARES
United States District Judge

Accepted and Acknowledged:

UNITED STATES ATTORNEY
PAUL J. FISHMAN

BY: _____
Bradley A. Harsch
Assistant U.S. Attorney

DEFENDANT MOSHE ALTMAN

BY: _____

Jacob Laufer, Esq.
(Counsel to Defendant MOSHE ALTMAN)