LAW OFFICES OF
## Jacob Laufer
65 BROADWAY, Suite 1005
NEW YORK, NEW YORK 10006

JACOB LAUFER*

TELEPHONE (212) 422-8500

FAX (212) 422-9038

\* Also admitted in the District of Columbia

September 3, 2010

Hon. Jose L. Linares
United States District Judge
District of New Jersey
Federal Square
P.O. Box 999
Newark, New Jersey

Re:  United States v. Altman,
 Dkt. No.:2:10-cr-00053-JLL

Dear Judge Linares,

    I represent defendant Michael Altman in the captioned matter. I respectfully request that the motion schedule set by the Court be extended for a period of two weeks.  I have spoken with A.U.S.A. Brad Harsch, who advised that the Government consents to this request.

    Currently, the Court's scheduling Order requires that defense motions are due by 9/15/2010, the Government's opposition is due by 10/6/2010, and that any reply is due by 10/18/2010. Oral argument is scheduled for 12/13/2010.  My request is that the defense motions be due by 9/29/10; the Government's opposition be due by 10/20/10, and that any reply be due by 11/1/2010.  The date for oral argument would remain unchanged.  No prior application has been made, seeking to extend the motion schedule.

    I believe that the requested extension would further the parties' effort to resolve this case. Thank you for the Court's consideration of this request.

Very truly yours,

/s/

JACOB LAUFER

cc:  A.U.S.A. Brad Harsch (via ECF)

SO ORDERED:
DATED: 9/7/10