UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-53 |
| MOSHE ALTMAN | : | **ORDER** |

This matter having come before the Court by the application, brought by letter filed May 6, 2011 (Doc. No. 38), by defendant MOSHE ALTMAN (by Jacob Laufer, Esq., appearing) for an Order extending his date of surrender from May 23, 2011 to October 24, 2011; and the Court having sentenced defendant MOSHE ALTMAN on March 31, 2011 to serve two terms of imprisonment of 41 months to run concurrently; and the Court having Ordered that the defendant surrender himself to the Bureau of Prisons on May 23, 2011; and Paul J. Fishman, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing) having opposed defendant's application by letter of May 9, 2011; and the Court having considered the matter and the arguments raised by both parties;

IT IS ORDERED that the defendant's application for an Order extending his date of surrender is DENIED.

_____
HONORABLE JOSE L. LINARES
United States District Judge

Dated: 5/10/11