# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOSHE ALTMAN,<br><br>　　　　Defendant. | Criminal No.: 10-053-JLL<br><br>**AMENDED ORDER** |

**THIS MATTER** having come before the Court on application of defendant, Moshe Altman, Jacob Laufer, Esq., appearing for an Order Extending Time for Voluntary Surrender for service of his sentence (cm/ecf entry [#40]); the United States Attorney's Office by and through, Bradley A. Harsch, Assistant United States Attorney taking no position; the Court having reviewed the letters submitted; and for good cause shown;

IT IS ON THIS 31st DAY OF MAY, 2011;

**ORDERED** that defendant, Moshe Altman is hereby granted an extension of time on his surrender date of May 23, 2011. Defendant, Moshe Altman must surrender to the Federal

Correctional Institution located at Otisville SCP, Two Mile Drive, Otisville, New York 10963 no later than **July 25, 2011** at or before Noon; and it is further,

**ORDERED** that all other conditions of release shall continue in full force and effect until such time as defendant surrenders to the custody of the Bureau of Prison.

_____
Jose L. Linares,
United States District Judge