UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-53 |
| MOSHE ALTMAN | : | **ORDER** |

This matter having come before the Court by the application, brought by letter filed June 22, 2011 by defendant MOSHE ALTMAN (by Mark Berman, Esq., appearing) for an Order extending his date of surrender from July 24, 2011 to September 12, 2011; and the Court having sentenced defendant MOSHE ALTMAN on March 31, 2011 to serve two terms of imprisonment of 41 months to run concurrently; and the Court having Ordered that the defendant surrender himself to the Bureau of Prisons on May 23, 2011; and the Court having previously extended the date of surrender to July 24, 2011; and the United States Attorney's Office for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing) having no objection to the defendant's request; and the Court having considered the matter and the arguments raised by the parties;

IT IS, ON THIS 27th DATE OF JUNE, 2011, HEREBY

ORDERED that defendant Moshe Altman's surrender date to the Bureau of Prisons is hereby extended from July 24, 2011 to September 12, 2011; and it is further

ORDERED that defendant Moshe Altman surrender to the Federal Correctional Institution located at Otisville, SCP, Two Mile Drive, Otisville, New York 10963 no later than September 12, 2011 at or before noon; and it is further

ORDERED that all other conditions of release shall continue in full force and effect until such time as the defendant surrenders to the Bureau of Prisons.

_____
HONORABLE JOSE L. LINARES
United States District Judge