**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs -<br><br>MOSHE ALTMAN A/K/A MICHAEL ALTMAN,<br><br>         Defendant. | Criminal No. 10-053 (JLL)<br><br><br>**<u>ORDER</u>** |

THIS MATTER having come before the Court upon the September 8, 2011 letter application of defendant MOSHE ALTMAN (by Mark A. Berman, Esq., appearing) for an Order extending defendant's date of surrender from September 12, 2011 to October 24, 2011; and the Court having sentenced defendant ALTMAN on March 31, 2011 to serve two terms of imprisonment of 41 months to run concurrently; and the Court having previously ordered that defendant surrender himself to the Bureau of prisons on September 12, 2011; and the U.S. Attorney's Office for the District of New Jersey (by Bradley A. Harsch/Eric Kanefsky, AUSAs, appearing) having [OBJECTED] [NO OBJECTION] to defendant's request; and the Court having considered the matter and the arguments of the parties;

IT IS on this 9th day of September, 2011:

- 1 -

- 2 -

ORDERED that defendant ALTMAN's surrender date to the Bureau of Prisons be and is hereby extended from September 12, 2011 to October 24, 2011; and it is further

ORDERED that defendant ALTMAN shall surrender to FCI Otisville, SCP, Two Mile Drive, Otisville, NY 10963 no later than October 24, 2011, at or before noon; and it is further

ORDERED that all other conditions of defendant's release shall continue in full force and effect until such time as defendant surrenders to the Bureau of Prisons.

_____
HON. JOSE L. LINARES
United States District Judge