David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Gmach Shefa Chaim, a non-party

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 10-53 (JLL) |
| v. | |
| MOSHIE ALTMAN<br>a/k/a "Michael" Altman | |
| Defendant | |

**SIXTH CONSENT ORDER EXTENDING TIME TO FILE PETITION
IN RESPONSE TO PRELIMINARY ORDER OF FORFEITURE**

The undersigned counsel hereby stipulate that the time within which Gmach Shefa Chaim, a non-party, may file a petition, pursuant to 21 U.S.C. §853(n)(2), in response to the Preliminary Order of Forfeiture be, and hereby is, extended for an additional sixty (60) days through and including May 11, 2012.

UNITED STATES ATTORNEY'S OFFICE
Attorneys for United States of America

By:   /s/ Dustin M. Chao

ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
Attorneys for Gmach Shefa Chaim, a non-party

By:   /s/ David W. Fassett

SO ORDERED: _____
Honorable Jose L. Linares, U.S.D.J    3/19/2012

- 1 -