UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs -<br><br>MOSHE ALTMAN A/K/A MICHAEL ALTMAN,<br><br>Defendant. | Criminal No. 10-053 (JLL)<br>(Magistrate No. 09-8125)<br><br>**ORDER** |

THIS MATTER having come before the Court upon the September 4, 2012 application of counsel for defendant MOSHE ALTMAN (Mark A. Berman, Esq., appearing) for entry of an Order confirming the cancellation of Recognizance No. NEW2079 in the amount of $500,000.00 (the "Recognizance"), and of any and all liens in favor of the government arising from such recognizance, and the government having previously asked the Court on April 9, 2012 (in light of the completion of proceedings in the captioned matter) to cancel the Recognizance, and the Court having done so as of that date, and the government having consented to the entry of this Order, and for good cause shown;

IT IS on this 5th day of September, 2012:

ORDERED that Recognizance No. NEW2079 in the amount of $500,000.00, filed on July 23, 2009, be and is hereby CANCELLED; and it is further

ORDERED that the "Judgment by Confession" and "Affirmation of Confession of Judgment" executed by and against Rose Altman in this matter be and are hereby deemed to have been SATISFIED IN FULL and of no further effect; and it is further

ORDERED that any and all security interest in the property located at 27 Highview Road, Monsey, NY 10952 (Tax Lot Sec 56.06 / Block 2 / Lot 72) (the "Property"), arising from the filing by the government of the aforementioned "Judgment by Confession" and "Affirmation of Confession of Judgment" with the Rockland County Clerk's Office on April 14, 2010, and identified as Original Instrument No. SU-2010-003889, be and is hereby CANCELLED; and it is further

ORDERED that this Order shall not affect any other lien(s) or security interest(s) that may exist against the Property other than Original Instrument No. SU-2010-003889.

_____
HON. JOSE L. LINARES
United States District Judge