PAUL J. FISHMAN
United States Attorney
BY: PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-7000

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

          *Plaintiff,*

v.

MOSHE ALTMAN
   a/k/a "Michael" Altman

       *Defendant.*

Honorable Jose L. Linares, U.S.D.J.

Criminal No. 10-53

FINAL ORDER OF
FORFEITURE

**WHEREAS**, on January 28, 2010, the United States filed an Indictment, Criminal No. 10-53 (JLL) against defendant Moshe Altman, charging him with violations of Title 18, United States Code, Sections 666, 1951 and 1956; and

**WHEREAS**, on December 2, 2010, defendant Moshe Altman pled guilty to violations of Title 18, United States Code, Sections 1951 and 1956; and

**WHEREAS,** on April 4, 2011, a Preliminary Order of Forfeiture was entered between the United States and defendant Moshe Altman pursuant to the terms of the Plea Agreement, under which the defendant agreed pursuant to Title 18, United States Code, Section 982, to a money judgment in the amount of $109,650.00 in United States currency representing fees that Moshe Altman

collected from his money laundering activities; the forfeiture of any interest he had or may have had to the funds totaling $508,985.21 seized from Valley National Bank Account No. XXXX9097 held by Gmach Shefa Chaim and the forfeiture of any interest he had or may have had to the funds totaling $238.30 and $146,163.38 seized from Capital One Account Nos. XXXXXX2598 and XXXXXX9486, held by Boyoner Gemilas Chesed for violations of Title 18, United States Code, Section 1956; and

**WHEREAS**, On or about April 4, 2011, Jacob Laufer, Esq., counsel for Boyoner Gemilas Chesed received Notice of the Forfeiture requiring the any person, other than the Defendant, asserting a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;

**WHEREAS,** On April 5, 2011, the United States and David Fassett, counsel for Gmach Shefa Chaim entered into the first of seven Consent Agreements extending the time to file a petition in response to the Preliminary Order of Forfeiture; and

**WHEREAS**; on or about July 20, 2012, the United States was informed by counsel for Gmach Shefa Chaim that they would not be filing a claim to the above-referenced seized funds; and

2

**WHEREAS;** no claims or answers have been filed against the Property within the time permitted:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered: (1) in the form of a money judgment in the amount of $109,650.00 against Moshe Altman for fees he collected from his money laundering activities; (2) for funds totaling $508,985.21 seized from Valley National Bank Account No. XXXX9097 held by Gmach Shefa Chaim and (3) funds totaling $238.30 and $146,163.38 seized from Capital One Account Nos. XXXXXX2598 and XXXXXX9486, held by Boyoner Gemilas Chesed. The $508,985.21, $238.30 and $146,163.38 in seized funds are hereby forfeited to the United States and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshal's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department Marshal into the Treasury Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this 9 day of Oct 2012

Honorable Jose L. Linares
United States District Judge